IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MICHAEL S.,
Plaintiff,

v. Civil No. 3:25cv638 (DJN-SLS)

FRANK BISIGNANO,
*Commissioner of Social Security*,
Defendant.

**ORDER**
**(Adopting Report and Recommendation)**

This matter comes before the Court on the Report and Recommendation (the "R&R") entered on August 11, 2026, by the Honorable Summer L. Speight, United States Magistrate Judge, (ECF No. 22), which recommended that Plaintiff's Motion for Summary Judgment (ECF No. 12) be granted, that Defendant's Motion for Summary Judgment (ECF No. 17) be denied, that the final decision of the Commissioner of Social Security ("the Commissioner") be reversed and that the case be remanded for further administrative proceedings consistent with the R&R. The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, the Court hereby ORDERS that:

1. The Report and Recommendation (ECF No. 22) is ACCEPTED and ADOPTED as the OPINION of the Court;
2. Plaintiff's Motion for Summary Judgment (ECF No. 12) is GRANTED;
3. Defendant's Motion for Summary Judgment (ECF No. 17) is DENIED;
4. The decision of the Commissioner is REVERSED;
5. The case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the R&R;

6. The Clerk shall enter final judgment under Rule 58 of the Federal Rules of Civil Procedure; and

7. This case is now CLOSED.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: August 26, 2026